[No. 9547–5–II.  Division Two.  April 12, 1988.]

*In the Matter of the Marriage of* DANIEL T. BOOTHBY,
*Appellant, and* DONNA C. BOOTHBY,
*Respondent.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 84–3–04726–6, Rosanne Buckner, J., entered

January 10, 1986. *Affirmed* by unpublished opinion per Alexander, J., concurred in by Reed, C.J., and Petrich, J.